UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**'08 CIV 7522**

| | |
|---|---|
| CERTAIN UNDERWRITERS AT LLOYD'S, named individually herein, and ZURICH SPECIALTIES LONDON LTD, <br><br> Plaintiffs, <br><br> v. <br><br> MILBERG LLP, <br> MELVYN I. WEISS, individually, <br> DAVID J. BERSHAD, individually, <br> WILLIAM S. LERACH, individually, and <br> STEVEN G. SCHULMAN, individually. <br><br> Defendants. | Civil Action No. _____ <br><br> **PLAINTIFFS' RULE 7.1 DISCLOSURE STATEMENT** <br><br> FILED <br> AUG 26 2008 <br> U.S.D.C. S.D. N.Y. <br> CASHIERS |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Plaintiffs Certain Underwriters at Lloyd's and Zurich Specialties London Ltd. certifies the following:

1. Plaintiffs denominated in the complaint as "Certain Underwriters at Lloyd's" hereby certify that they have the following parents, shares of which are publicly held: (a) Plaintiff Novae Corporate Underwriting Limited's parent is Novae Group plc, shares of which are publicly held; and (b) Plaintiff SOC Corporate Member No. 1 Limited's direct parent does not have publicly held shares, but its ultimate parent is The Royal Bank of Scotland Group plc, shares of which are publicly held.

2. Plaintiff Zurich Specialties London Ltd. hereby certifies that its direct parent does

-2-

not have publicly held shares, but that its ultimate parent is Zurich Financial Services Group, shares of which are publicly held.

Dated: New York, New York
August 26, 2008

Respectfully submitted,

ROPES & GRAY LLP

By: _____
David J. Przygoda (DP-0805)
1211 Avenue of the Americas
New York, NY 10036-8704
Telephone: (212) 596-9000
Fax: (212) 596-9090
E-mail: david.przygoda@ropesgray.com

Kenneth W. Erickson
Robert A. Skinner
One International Place
Boston, MA 02110
Telephone: (617) 951-7000
Fax: (617) 951-7050
E-mail: kenneth.erickson@ropesgray.com
        robert.skinner@ropesgray.com

*Attorneys for Plaintiffs*